# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-06002-DDP-GJS | Date | May 10, 2021 |
|---|---|---|---|
| Title | Andres Felix et al v. County of Ventura et al | | |

Present: The Honorable **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Patricia Gomez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:** (IN CHAMBERS)

The matter came before the court on May 10, 2021 for the Motion to Withdraw as Attorney based on client's alleged failure to participate in discovery. (Dkt. 72.) The Motion to allow the withdrawal of counsel was granted. Given the above, Plaintiff is ordered to show cause in writing no later than May 24, 2021 why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order by May 24, 2021 may result in the dismissal of the action.

                                                   :    

Initials of Preparer     PG