O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES FELIX et al., ) | Case No. 19-6002 DDP (GJSx) |
| ) | |
| Plaintiffs, ) | **ORDER OF DISMISSAL** |
| ) | **[JS-6]** |
| v. ) | |
| ) | |
| COUNTY OF VENTURA et al., ) | |
| Defendants ) | |
| ) | |
| Defendants. ) | |

The Court having ordered the Plaintiff Andres Felix to show cause in writing, not later than June 8, 2021, why this action should not be dismissed for lack of prosecution, dkt. 81, and Plaintiff having failed to respond, the Court Orders that this action be, and hereby is, dismissed for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

**IT IS SO ORDERED.**

Dated: JUNE 17, 2021

_____

DEAN D. PREGERSON

UNITED STATES DISTRICT JUDGE